UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE MORRIS ABBEY,

    Petitioner,

v.

    Case NO. 2:12-CV-11769
    HONORABLE AVERN COHN
    UNITED STATES DISTRICT JUDGE

LLOYD RAPELJE,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on May 07, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 7th, day of May, 2012.

    DAVID J. WEAVER
    CLERK OF THE COURT

APPROVED:

    BY: s/Julie Owens
        DEPUTY CLERK

s/Avern Cohn
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE

                                12-11769 Abbey v. Rapelje
                                              Judgment

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to Luke Abbey, 716487, Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623 on this date, May 7, 2012, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                     Case Manager, (313) 234-5160